IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN A. VONEIDA,** | : | CIVIL NO. 1:14-CV-2152 |
| | : | |
| Petitioner | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **SUPERINTENDENT AT SCI SMITHFIELD,** | : | |
| | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 10th day of November, 2015, upon consideration of the petition for writ of habeas corpus (Doc. 1), and the "motion to stay proceedings" (Doc. 14), wherein petitioner requests that his federal habeas petition be held in abeyance while he exhausts state court claims, and upon further consideration of the docket entries found at pages 15 and 16 of the Court of Common Pleas of Dauphin County electronic docket sheet, https://ujsportal.pacourts.us/, and it being clear that petitioner is presently pursuing claims in a second Post-Conviction Relief Act ("PCRA") Petition, 42 Pa. Cons. Stat. §§ 9541-46, that are inextricably intertwined with certain claims raised in the instant petition for writ of habeas corpus, and it appearing that it is appropriate to stay this matter in accordance with the stay and abeyance rule announced in Crews v. Horn, 360 F.3d 146, 151 (3d Cir. 2004) (finding that "[s]taying a habeas petition pending exhaustion of state remedies

is a permissible and effective way to avoid barring from federal court a petitioner who timely files a mixed petition"), it is hereby ORDERED that:

1. The "motion to stay proceedings" (Doc. 14) is GRANTED.

2. This matter is STAYED pending further order of court.

3. Within sixty (60) days of the date on which his state post-conviction remedies conclude, petitioner shall FILE in federal court a notice apprising the court of the completion date of state court proceedings and whether he intends on pursing his federal habeas petition.

4. Failure to comply with the time requirements set forth above will result in the stay being vacated *nunc pro tunc*.  Crews, 360 F.3d at 154, citing Zarvela v. Artuz, 254 F.3d 374, 380 (2d Cir. 2001).

5. The Clerk of Court is directed to ADMINISTRATIVELY CLOSE this matter.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania